ATLAS FENCE COMPANY, PLAINTIFFS-RESPONDENTS, v.
WEST RIDGELAWN CEMETERY, ET AL., DEFENDANTS,
AND ERNEST KURZROK, DEFENDANT-PETITIONER.

See same case below: 5 *N. J. Super.* 36.

*Mr. Ernest Kurzrok,* petitioner, *in propria persona.*

*Mr. John J. Clancy* for the respondents.

January 9, 1950.  Denied.

COUNTY OF BERGEN, PLAINTIFF-PETITIONER, v. BOARD
OF PUBLIC UTILITY COMMISSIONERS, ET AL., DE-
FENDANTS-RESPONDENTS.

See same case below: 5 *N. J. Super.* 185.

*Mr. Milton T. Lasher* for the petitioner.

*Messrs. O'Mara, Conway & Schumann* and *Mr. Joseph A. Davis* for the respondents.

January 9, 1950.  Denied.